

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sharlon Denise Williams,                    * From the 50th District
                                               Court of Baylor County,
                                               Trial Court No. 5498.

Vs.   No. 11-15-00117-CR                     * June 25, 2015

The State of Texas,                          * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.